AO91 (Rev. 12/03)   Criminal Complaint                                                              AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** vs. | **CRIMINAL COMPLAINT** |
| Bekir BULUC<br>AKA Bekir CELEBI<br>IAE A070 851 359<br>Turkey 1968 | Case Number: 7:14-po-06283 |

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **December 10, 2014** in **Hidalgo** County, in the **Southern District Of Texas** defendant(s) did,

**Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Bekir BULUC was encountered by Border Patrol Agents near Hidalgo, Texas on December 10, 2014. When questioned as to his citizenship, defendant stated that he was a citizen and national of Turkey, who had entered the United States illegally on December 10, 2014 by rafting across the Rio Grande River near the Hidalgo, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/ Abrego, Jeremiah J.  Border Patrol Agent
Signature of Complainant

Abrego, Jeremiah J.   Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

December 11, 2014                                          at      McAllen, Texas
Date       City/State

Peter E Ormsby            U.S. Magistrate Judge
Name of Judge            Title of Judge                              Signature of Judge